# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JO ANNE CHRISTIE-PERRI, : | |
| : | |
| Petitioner : | CIVIL ACTION NO. 3:14-CV-01153 |
| : | |
| vs. : | (Petition Filed 06/16/2014) |
| : | |
| SMITH, SUPERINTENDENT, ET AL., : | (Judge Caputo) |
| : | |
| Respondents : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Christie-Perri's petition for writ of habeas corpus is dismissed as untimely filed.

2. The Clerk of Court shall close this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                      s/A. Richard Caputo
                      A. RICHARD CAPUTO
                      United States District Judge

Dated: March 9, 2015